This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.** **No. 32,018**

**JONATHAN DAVID HERVOL,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Gary M. Jeffreys, District Judge**

Gary K. King, Attorney General
Aan M. Harvey, Assistant Attorney General
Santa Fe, NM

for Appellee

Charles E. Knoblauch
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**FRY, Judge.**

**{1}**     Defendant appeals from the district court's judgment and sentence revoking his

probation. This Court issued a calendar notice proposing to summarily reverse Defendant's probation revocation. The State has filed a response to this Court's notice of proposed disposition, stating that it does not oppose this Court's proposed disposition. Accordingly, for the reasons stated in this Court's notice of proposed disposition, we reverse the district court's judgment and sentence revoking Defendant's probation.

{2} **IT IS SO ORDERED.**

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

**LINDA M. VANZI, Judge**

**M. MONICA ZAMORA, Judge**

2